UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
STERLING BADGER,                        )
                                        )   No. C06-695RSL
                     Plaintiff,          )
      v.                                )
                                        )   ORDER OF DISMISSAL
ATHERTON CONSTRUCTION, INC.,            )
                                        )
                     Defendant.          )
_____)

On November 6, 2007, the Court issued an order directing plaintiff to notify the Court and defendant of plaintiff's current address by January 11, 2008. See Dkt. #21 (Order Regarding Defendant's Motion to Dismiss). Plaintiff was notified that the failure to do so would result in dismissal under Local Civil Rule 41(b)(2).[1] Id. at 2. Plaintiff has failed to provide the Court and defendant with plaintiff's current address as required by the Court's November 6, 2007 Order and Local Rule 41(b)(2). Therefore, the Court hereby DISMISSES plaintiff's action against defendant WITHOUT PREJUDICE. The Clerk of Court is directed to enter judgment accordingly.

---

[1] Local Civil Rule 41(b)(2) provides, in part: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address. . . . [I]f such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

ORDER OF DISMISSAL

1   DATED this 14th day of January, 2008.

2

3

4                                    */s/ Robert S. Lasnik*
                                     Robert S. Lasnik
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL                    -2-